Robert W. Brownlie (Bar No. 138793)
Ryan T. Hansen (Bar No. 234329)
**BROWNLIE HANSEN LLP**
10920 Via Frontera, Suite 550
San Diego, California 92127
Tel: 858.357.8001
Robert.Brownlie@brownliehansen.com
Ryan.Hansen@brownliehansen.com

Attorneys for Plaintiff
SANDRA PARZIALE, as co-trustee of
the Parziale Family Trust

**UNITED STATES DISTRICT COURT FOR**

**THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

SANDRA PARZIALE, as co-trustee of the Parziale Family Trust, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PATRICK NELSON, a resident of California; NELSON PARTNERS, LLC, a limited liability company; NP SKYLOFT ST, LLC, a Delaware limited liability company; NP SKYLOFT JV, LLC, a Delaware limited liability company; ACO SKYLOFT MANAGER, LLC, a Delaware limited liability company; AXONIC CREDIT OPPORTUNITIES MASTER FUND, LP, a Cayman Islands, limited partnership; AXSPV LLC SERIES NB CRE LENDER, a Delaware limited liability company; AXSPV LLC SERIES SBL CRE LENDER, a Delaware limited liability company; AXSPV LLC SERIES ACO CRE LENDER, a Delaware limited liability company; AXONIC CAPITAL, LLC, a Delaware limited liability company; CLAYTON DEGIANCINTO, a resident of New York; and DOES 1 through 50, inclusive,

Defendants.

CASE NO. 2:21-cv-01803-CBM (JEMx)

**<u>CLASS ACTION</u>**

**NOTICE OF APPEAL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff SANDRA PARZIALE, as co-trustee of the Parziale Family Trust, hereby appeals the ORDER RE: MOTION TO DIMISS [Dkt. 46], entered on September 17, 2021, granting the motion to dismiss of Defendants Patrick Nelson and Nelson Partners, LLC [Dkt. 35].

Dated: October 4, 2021

**BROWNLIE HANSEN LLP**

/S/

ROBERT W. BROWNLIE
Robert.brownlie@brownliehansen.com
Attorneys for Plaintiff
SANDRA PARZIALE, as co-trustee of the Parziale Family Trust

**PROOF OF SERVICE**

**CASE NAME: PARZIALE V. NELSON**
**CASE NUMBER: 2:21-CV-01803-CBM (JEMx)**

I, the undersigned, certify and declare that I am a resident of the United States, over 18 years of age and am not a party to the within action. My business address is 10920 Via Frontera, Suite 550, San Diego, CA 92127.

On October 4, 2021, I served the following document(s) described as:

**NOTICE OF APPEAL**

by providing a true and correct copy of the aforementioned document(s) on the interested parties in this action identified as follows and by the means designated below:

Bernard R. Given II (bgiven@loeb.com)
Assistant Martha Ortiz ( mortiz@leb.com)
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, CA 90067
*(Counsel for Defendants NP SKYLOFT JV, LLC; ACO SKYLOFT MANAGER, LLC; AXONIC CREDIT OPPORTUNITIES MASTER FUND, LP; AXSPV LLC SERIES NB CRE LENDER; AXSPV LLC SERIES SBL CRE LENDER; AXSPV LLC SERIES ACO CRE LENDER; AXONIC CAPITAL, LLC; and CLAYTON DEGIANCINTO)*

Mathew I. Kaplan (matthew.kaplan@tuckerellis.com)
John Lewis (john.lewis@tuckerelllis.com)
Sofia Escalante (sofia.escalante@tuckerellis.com)
Tucker Ellis LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
(*Counsel for Defendants* PATRICK NELSON; NELSON PARTNERS, LLC; NP SKYLOFT ST, LLC; and NP SKYLOFT JV, LLC)

John G. Burgee, Esq. (jburgee@bandalaw.net)
BURGEE & ABRAMOFF, P.C.
20501 Ventura Boulevard, Suite 262
Woodland Hills, California 91364
*(Counsel for Defendants NP SKYLOFT ST, LLC)*

_____ [BY MAIL] I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.
_____[PERSONAL SERVICE] I delivered or arranged for such envelope to be delivered by hand to the office of the addressee.

_____[BY FACSIMILE] I transmitted such document via facsimile transmission to the above

listed addressee.
_X__ [BY EMAIL] I transmitted such document via electronic mail transmission to the above listed addressee(s).
_ ___ [BY EXPRESS CARRIER] I delivered such envelope to a FedEx service carrier, with delivery fees provided for next day delivery.

I declare under penalty and perjury under the laws of the State of California that the above is true and correct. Executed on October 4, 2021.

VERONICA COLLINS-PEREZ