UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SANDRA PARZIALE, as co-trustee of the Parziale Family Trust, on behalf of herself and all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>PATRICK NELSON, a resident of California; et al.,<br><br>Defendants-Appellees. | No. 21-56084<br><br>D.C. No. 2:21-cv-01803-CBM-JEM<br>Central District of California, Los Angeles<br><br>ORDER |

Pursuant to the Parties' Stipulation of Dismissal, Dkt. No. 32, the appeal is **DISMISSED**. *See* Fed. R. App. P. 42(b). This order constitutes the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7